IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HO,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>POSTMASTER GENERAL,<br><br>        Defendant(s). | No. C 09-1600 MEJ<br><br>**ORDER TO SHOW CAUSE** |

      On April 14, 2009, the Court ordered Plaintiff Jennifer Ho to consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial.  (Dkt. #4.) Plaintiff has failed to comply with this Order.  Accordingly, the Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute.  Plaintiff shall file a declaration by June 4, 2009, and the Court shall conduct a hearing on June 18, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

      **IT IS SO ORDERED.**

Dated: May 21, 2009

                                                MARIA-ELENA JAMES<br>
                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JENNIFER HO,

        Plaintiff(s),

vs.

POSTMASTER GENERAL,

        Defendant.

Case Number: CV09-1600 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jennifer Ho
4204 Santa Rita Street
Oakland, CA 94601

Dated: May 21, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENNIFER HO,

        Plaintiff(s),

  vs.

POSTMASTER GENERAL,

        Defendant(s).

                                                  /

No. C 09-1600 MEJ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____        Signed by:_____

                                                        Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____        Signed by:_____

                                                        Counsel for:_____

**United States District Court**
For the Northern District of California