IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HO, | No. C 09-1600 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER VACATING OSC** |
| POSTMASTER GENERAL, | **ORDER CONTINUING CMC** |
| Defendant(s). | |

On May 21, 2009, the Court ordered Plaintiff Jennifer Ho to show cause why this case should not be dismissed for failure to prosecute. However, on April 2, 2009, Plaintiff filed her consent to proceed before the undersigned magistrate judge. Accordingly, the Court hereby VACATES the June 18, 2009 Order to Show Cause Hearing.

Further, as the Court has now granted Plaintiff's Application to Proceed to In Forma Pauperis, the Court hereby CONTINUES the Case Management Conference to September 24, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file their joint statement by September 17, 2009.

**IT IS SO ORDERED.**

Dated: June 3, 2009

MARIA-ELENA JAMES  
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JENNIFER HO,

        Plaintiff(s),

vs.

POSTMASTER GENERAL,

        Defendant.

Case Number: CV09-1600 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jennifer Ho
4204 Santa Rita Street
Oakland, CA 94601

Dated: June 3, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2