UNITED STATES DISTRICT COURT

Northern District of California

JENNIFER HO,

                Plaintiff(s),          No. C 09-01600 MEJ

   v.

POSTMASTER GENERAL,          **ORDER VACATING CMC**

                Defendant(s).         **ORDER RE MOTION FILINGS**

_____/

The Court is in receipt of the parties' separate case management statements, filed September 17, 2009. Upon review of the parties' statements, it appears that Defendant is prepared to file a motion to dismiss based on procedural grounds. Because Defendant's motion may resolve the case without the need for discovery and/or ADR procedures, the Court hereby VACATES the September 24, 2009 Case Management Conference. Defendant shall file a motion to dismiss forthwith, pursuant to Civil Local Rule 7. Upon resolution of Defendant's motion, the Court shall schedule a case management conference, if necessary.

**IT IS SO ORDERED.**

Dated: September 18, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JENNIFER HO,

        Plaintiff,

  v.

POSTMASTER GENERAL et al,

        Defendant.

Case Number: CV09-01600 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 18, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jennifer Ho
4204 Santa Rita Street
Oakland, CA 94601

Dated: September 18, 2009

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk