UNITED STATES DISTRICT COURT

Northern District of California

| | | |
|---|---|---|
| JENNIFER HO, | | |
| | Plaintiff(s), | No. C 09-01600 MEJ |
| v. | | **ORDER RE: STATUS** |
| POSTMASTER GENERAL, | | |
| | Defendant(s). | |

On September 18, 2009, the Court vacated the case management conference in this matter and ordered Defendant to file its motion to dismiss based on procedural grounds. (Dkt. #16.) As Defendant has not filed a motion, the Court hereby ORDERS Defendant to file a brief status report (with no legal arguments) by October 29, 2009.

**IT IS SO ORDERED.**

Dated: October 22, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge