UNITED STATES DISTRICT COURT

Northern District of California

JENNIFER HO,

               Plaintiff(s),          No. C 09-01600 MEJ

  v.

POSTMASTER GENERAL,          **ORDER TO SHOW CAUSE**

               Defendant(s).
_____/

On October 28, 2009, the Defendant in the above-captioned matter filed a Motion for Summary Judgment, with a noticed hearing date of December 3, 2009. (Dkt. #19.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by November 12, 2009. However, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the December 3, 2009 hearing and ORDERS Plaintiff Jennifer Ho to show cause why sanctions, including granting Defendant's motion, should not be imposed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by December 3, 2009, and the Court shall conduct a hearing on December 10, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: November 16, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JENNIFER HO,

        Plaintiff,

v.

POSTMASTER GENERAL et al,

        Defendant.
                                /

Case Number: CV09-01600 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jennifer Ho
4204 Santa Rita Street
Oakland, CA 94601

Dated: November 16, 2009

                                  Richard W. Wieking, Clerk
                                  By: Brenda Tolbert, Deputy Clerk