1

2

3

4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

JENNIFER HO,                                                    No. C 09-1600 MEJ

8

              Plaintiff(s),

9

  vs.                                                          **ORDER SCHEDULING HEARING RE:**
**MOTION FOR SUMMARY JUDGMENT**

10

POSTMASTER GENERAL,                         **(DKT #19)**

11

              Defendant(s).

12

                                  /

13

       On October 28, 2009, the Defendant in the above-captioned matter filed a Motion for

14

Summary Judgment, with a noticed hearing date of December 3, 2009. (Dkt. #19.)  As Plaintiff

15

failed to file an opposition, the Court vacated the December 3 hearing and ordered Plaintiff to show

16

cause why sanctions should not be imposed for failure to prosecute and comply with court deadlines.

17

(Dkt. #23.)  Although Plaintiff did not filed a declaration in response to the order to show cause, she

18

did appear at the December 10 order to show cause hearing.  Thus, the Court vacated the osc and

19

ordered Plaintiff to file any opposition to Defendant's motion by December 17, 2009.  (Dkt. #26.)

20

       As Plaintiff has now filed a declaration in opposition to Defendant's motion, the Court

21

ORDERS Defendant to file any reply by January 21, 2009.  The Court shall conduct a hearing on

22

February 4, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San

23

Francisco, California.

24

       **IT IS SO ORDERED.**

25

26

Dated: December 10, 2009                        _____

27

                                MARIA-ELENA JAMES
                                United States Magistrate Judge

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4 | JENNIFER HO,

Case Number: CV09-1600 MEJ

5 | Plaintiff(s),

**CERTIFICATE OF SERVICE**

6 | vs.

7 | POSTMASTER GENERAL,

8 | Defendant.
    _____/

9

10 | I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12 | That on December 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office

13 | delivery receptacle located in the Clerk's office.

14

Jennifer Ho
15 | 4204 Santa Rita Street
Oakland, CA 94601

16

17

Dated: December 28, 2009

18 | Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

2