UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER HO,

        Plaintiff,

v.

POSTMASTER GENERAL et al,

        Defendant.
                                         /

Case Number: CV09-01600 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jennifer Ho
4204 Santa Rita Street
Oakland, CA 94601

Dated: December 28, 2009

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk